**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MARIE KNAPP,**

        **Plaintiff,**　　　　　**CASE NUMBER: 19-13326**
　　　　　　　　　　　　　　　　**HONORABLE VICTORIA A. ROBERTS**
　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE GRAND**
**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On November 30, 2020, Magistrate Judge Grand issued a Report and Recommendation [Doc. 18], recommending that Defendant's Motion for Summary Judgement be [Doc. 17] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 14] **DENIED**.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**.  Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                            s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated:  December 30, 2020

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 30, 2020.

S/Linda Vertriest
Deputy Clerk